In the Matter of ABNER POLLOCK, Petitioner, against CARROLL E. MEALEY et al., Constituting the State Tax Commission of the State of New York, Respondents.—

All concur.

In the Matter of the Claim of NICOLA NELSON, Respondent, against MESECK TOWING LINES, Respondent, and GLENS FALLS INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

All concur.